IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER NATHAN CALDWELL,** | ) | Civil Case No. 7:12cv00221 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **SHERIFF OCTAVIA JOHNSON,** *et al.***,** | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Caldwell's 42 U.S.C § 1983 action is **DISMISSED without prejudice** pursuant to 25 U.S.C. § 1915(e)(2)(B)(ii) and the Clerk is **DIRECTED** to strike this action from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

ENTER: This 29th day of May, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE